**Order entered March 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01316-CR

### BERNARD EUGENE BROOKINS, JR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83124-2017**

## ORDER

Before the Court is appellant's March 20, 2019 motion seeking access to the record in order to file a pro se response to counsel's *Anders* brief. Appellant's motion is **GRANTED** to the extent we **ORDER** appellant's counsel to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **May 20, 2019**. If appellant does not file a pro se response by May 20, 2019, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to appellant's counsel and to counsel for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Bernard Eugene Brookins, Jr., TDCJ No. 02232157, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas 75884.

/s/     BILL PEDERSEN, III
       JUSTICE